# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **5:26-cv-04335-DTB** Date: **August 4, 2026**

Title: **I.R.L.M. v. Angie Salazar, et al**

==========================================================

**DOCKET ENTRY**

==========================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice — Deputy Clerk
n/a — Court Reporter

ATTORNEYS PRESENT FOR PETITIONER: None present

ATTORNEYS PRESENT FOR RESPONDENT: None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM AND APPLICATION TO PROCEED BY PSEUDONYM [DOCKET NOS. 3, 4]**

The Court is in receipt of Petitioner's Application for Appointment of Guardian ad Litem and Ex Parte Application to Proceed by Pseudonym both filed July 31, 2026. (Docket Nos. 3, 4). The proposed orders for both applications were not included, as an attachment, with the main electronically filed document.

> Parties submitting proposed orders or other proposed documents that require a judge's signature must comply with both this L.R. 5-4.4.1 and L.R. 5-4.4.2, unless exempted from electronic filing pursuant to L.R. 5-4.2. When a proposed order or other proposed document accompanies an electronic filing, the proposed order or other proposed document shall be in PDF format and included, as an attachment, with the main electronically filed document (e.g., stipulations, applications, motions). Proposed orders or other proposed documents (such as a proposed judgment or proposed findings of fact) that are not lodged with a main document shall be electronically lodged as an attachment to a Notice of Lodging; if the proposed document is being submitted in response to a court order, the filer shall link the Notice of Lodging to that court order.

Central District of California Local Civil Rule 5-4.4.1.

Petitioner is ordered to lodge the proposed orders with the Court within 3 days of the date of this Order.

**IT IS SO ORDERED**.