CYNTHIA ISABEL FELIX (CA SBN 316049)
*Cynthia@ImmDef.org*
EMILY GERBER SUGARMAN (CA SBN 339353)
*ESugarman@ImmDef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring Street, 10th Floor
Los Angeles, CA 90014
Telephone: 213-634-0999
Facsimile: 213-282-3133

*Attorneys for Petitioner*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| I.R.L.M, a minor; by and through Erica Santamaria, as Next Friend of Minor,<br><br>Petitioner,<br><br>v.<br><br>ANGIE SALAZAR, Acting Director of the Office of Refugee Resettlement; JESSICA BELTRAN, Federal Field Specialist, Office of Refugee Resettlement; Office of Refugee Resettlement; NIKY HYMEL, Federal Field Specialist Supervisor, Office of Refugee Resettlement; ALEX J. ADAMS, Assistant Secretary of the Administration for Children and Families; and ROBERT F. KENNEDY, JR., Secretary of the U.S. Department of Health and Human Services,<br><br>Respondents. | No. 5:26-cv-04335-DTB<br><br>Hon. David T. Bristow<br><br>**~~[PROPOSED]~~ ORDER GRANTING PETITIONER'S APPLICATION TO PROCEED BY PSEUDONYM** |

The Court, having considered Petitioner's Application to Proceed by Pseudonym and the Declaration of Emily Gerber Sugarman in Support thereof, and finding good cause therefor, hereby ORDERS that the Application is GRANTED. Given the sensitive personally identifying information of a minor, Petitioner may proceed by pseudonym in this action.

IT IS SO ORDERED.

Dated: August 6, 2026

By: ______________________________

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE