JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

I.R.L.M.,

Petitioners,

v.

ANGIE SALAZAR, Acting Director of the Office of Refugee Resettlement, et al.,

Respondents.

Case No. 5:26-cv-04335-DTB

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted. Respondents are ordered to immediately release Petitioner to the custody and care of his mother, F.M.D. The parties are ordered to file a joint status report by the close of business on September 3, 2025, confirming Petitioner's release.

DATED: September 2, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE